**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Thomas Lee, California Bar No. 275706
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:         james.goldberg@bryancave.com

Attorney for Defendant:
BAC HOME LOANS SERVICING, LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. PETER AND STEPHANIE NEWSOM,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BAC Home Loans Servicing, LP<br><br>                    Defendant. | Case No. 11-CV-00423-SBA<br><br>**STIPULATION TO REFER MATTER TO MEDIATION; ORDER**<br><br>Complaint Filed:   November 30, 2010<br>Trial Date:   Not Assigned |

# STIPULATION

Plaintiffs Peter and Stephanie Newsom and Defendant BAC Home Loans Servicing, LP, by and through their respective counsel, STIPULATE AND AGREE as follows:

1. The parties hereby stipulate that this matter be referred to the Court's mediation program. The parties request that this matter be appointed to Shirish Gupta, the mediator in Related Case No. C 09-05288 SBA.

Dated: May 11, 2011            **MICHAEL ROONEY LAW OFFICE**

By:  */s/ Michael Rooney*
     Michael Rooney
     Attorneys for Plaintiffs
     PETER AND STEPHANIE NEWSOM

Dated: May 11, 2011            **BRYAN CAVE LLP**

By:  */s/ James Goldberg*
     James Goldberg
     Attorney for Defendant
     BAC HOME LOANS SERVICING, LP

I, James Goldberg, attest that the content of this document is acceptable to all persons required to sign the document.

   */s/ James Goldberg*

- 3 -

1 **ORDER**

2  Having reviewed the above stipulation of the Parties and good cause appearing therefore,
3 IT IS SO ORDERED.

Date: _5/13/11

*[signature: Saundra B Armstrong]*
Honorable Saundra Brown Armstrong
District Court Judge for the Northern District of California